Clear Form

FILED

2008 JAN 24  P 2: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Alan Bush

           Plaintiff,

vs.

U.S. Attorney General, Department of Justice, Federal Bureau of Investigation

           Defendant.

CASE NO. C08-00539 JF RS

APPLICATION TO PROCEED IN FORMA PAUPERIS
(Non-prisoner cases only)

I, James Alan Bush, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                 Yes ■  No ■

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0                 Net: 0

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.
2 Cloudmark, Inc., July, 2005, $8,000 per month
3 _____
4 _____

5 2.   Have you received, within the past twelve (12) months, any money from any of the
6 following sources:
7       a.   Business, Profession or                    Yes ☒   No ☐
8            self employment?
9       b.   Income from stocks, bonds,                 Yes ☐   No ☒
10           or royalties?
11      c.   Rent payments?                             Yes ☐   No ☒
12      d.   Pensions, annuities, or                    Yes ☐   No ☒
13           life insurance payments?
14      e.   Federal or State welfare payments,         Yes ☒   No ☐
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 @ $160 per month (periodic self-employment); $160 per month county assistance (food stamps)
20 _____

21 3.   Are you married?                                Yes ☐   No ☒
22 Spouse's Full Name: N/A
23 Spouse's Place of Employment: N/A
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $0 _____  Net $0 _____
26 4.   a.   List amount you contribute to your spouse's support:$ 0
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 N/A

3 _____

4 5.    Do you own or are you buying a home?    Yes ☐  No ☑

5 Estimated Market Value: $0     Amount of Mortgage: $0

6 6.    Do you own an automobile?    Yes ☐  No ☑

7 Make N/A     Year N/A     Model N/A

8 Is it financed? Yes ☐  No ☑  If so, Total due: $0

9 Monthly Payment: $0

10 7.    Do you have a bank account?  Yes ☐  No ☑  (Do not include account numbers.)

11 Name(s) and address(es) of bank: N/A

12 _____

13 Present balance(s): $0

14 Do you own any cash? Yes ☐  No ☑  Amount: $0

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)    Yes ☐  No ☑

17 N/A

18 8.    What are your monthly expenses?

19 Rent: $0     Utilities: 0

20 Food: $0     Clothing: 0

21 Charge Accounts:

22 Name of Account    Monthly Payment    Total Owed on This Account

23 N/A    $ N/A    $ N/A

24 N/A    $ N/A    $ N/A

25 N/A    $ N/A    $ N/A

26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 No

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ▪   No ▪

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-24-08
DATE

SIGNATURE OF APPLICANT