FILED

ADR

2008 JAN 24 P 2: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

James Alan Bush

**C 08  00539**

No. C

Plaintiff(s),

v.

U.S. Attorney General, Department of Justice,
Federal Bureau of Investigation

Defendant(s).

JF

RS

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2-4-08

Signature _____

Counsel for pro se
(Plaintiff, Defendant, or indicate "pro se")