RECEIVED
08 FEB -4 PM 12:18
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
FEB 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  James Alan Bush
   1745 De Marietta Avenue #3
2  San Jose, CA 95126

3  Plaintiff, in pro se

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  James Alan Bush              )   CASE NO.: C 08-00539 JF (RS)
                                 )
13       Plaintiff               )   MOTION FOR EX PARTE ORDER TO
                                 )   COMPEL RECOVERY AND SEIZURE
14          v.                   )   OF STOLEN EVIDENCE
                                 )
15  United States Attorney General, )
        et al.,                  )
16                               )
         Defendants.             )   Judge: Jeremy Fogel
17  _____)

18

19      Plaintiff, James Alan Bush, prays the Court order the San Jose

20  Police Department to recover and seize evidence related to this matter

21  (and a pending matter), which was stolen from Plaintiff's home, at

22  1745 De Marietta Avenue #3, San Jose, California 95126.

23      The evidence consists of:

24      • LG VX9800 Cellphone: identifying marks include a broken front

25        screen, which is noticeable only when the phone is turned on;

26        and,

1  • DVD case, with up to 15 DVDs: most are marked "Evidence,"
2    followed by a date, written in black ink via a felt marker.
3
4  By his own admission, Lamont Doe aka "Don" aka "Donnie", is in
5  possession of both items, and is keeping them at his residence,
6  situated at **1174 Francisco Avenue, San Jose, CA 95126.**
7  Given the sensitive nature and volatility of the subject matter,
8  Plaintiff seeks immediate relief.
9
10           **ABSENCE OF AVAILABLE AND EFFECTIVE REMEDIES**
11  The San Jose Police Department and the Santa Clara County Sheriff's
12  Office have been notified of the burglary as of February 1st, 2008.
13  Consequently, San Jose Police Department opened a case (No. 08-032-
14  9727); however, they are refusing and/or are unable to properly and
15  effectively investigate the event and bring the perpetrator to
16  justice.
17  Given further other substantial indicators of local law enforcement
18  acquiescence in this crime and its unwillingness to support legal
19  initiatives that might be undertaken to obtain relief for the
20  plaintiff, efforts to secure remedies through local law enforcement
21  must be considered futile. Moreover, any efforts to obtain relief from
22  local law enforcement could well result in further serious reprisals
23  against the plaintiff for making allegations of wrongdoing on the part
24  of high-level law enforcement agencies, as well as against the local
25  attorneys representing the complainant.
26  For this reason, requirements for exhaustion of efforts to obtain

1  local relief should be considered waived and satisfied.

2

3      Plaintiff asserts that, to his full knowledge and to the best of his

4  ability, the information contained in this document is true.

5

6  Signed: _____         Dated: __2-2-08__