\*\*E-Filed 02/12/2008\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION<br><br>　　　　　　Defendants. | Case Number C 08-00539 JF/RS<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　　Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). In his application to proceed *in forma pauperis*, Plaintiff indicates he is unemployed, receiving $160 per month from county assistance (food stamps) and $160 per month through periodic self-employment. Moreover, Mr. Bush does not own any assets. Accordingly, Plaintiff's application to proceed *in forma pauperis* is GRANTED.

---

　　　　[1] This disposition is not designated for publication and may not be cited.

Case No. C08-00539
ORDER GRANTING IN FORMA PAUPERIS
(JFEX3)

1
2  IT IS SO ORDERED.
3
4  DATED: February 11, 2008
5
6
7                                          _____
                                           JEREMY FOGEL
8                                          United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C08-00539
ORDER GRANTING IN FORMA PAUPERIS
(JFEX3)

1  This Order has been served upon the following persons:

2  **James Alan Bush**
3  3859 De La Cruz Blvd
   Santa Clara, CA 95054

3

Case No. C08-00539
ORDER GRANTING IN FORMA PAUPERIS
(JFEX3)