**E-FILED 2/27/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES ATTORNEY GENERAL, et al.,<br><br>　　　　Defendants. | NO. C 08-00539 JF (RS)<br><br>**ORDER DENYING "MOTION FOR EX PARTE ORDER TO COMPEL RECOVERY AND SEIZURE OF STOLEN EVIDENCE"** |

　　　Plaintiff seeks an order directing the San Jose Police Department to "recover and seize" certain "evidence" plaintiff contends was stolen from his residence, consisting of a cell phone and a "DVD case, with up to 15 DVDs." Plaintiff asserts that the items are in the possession of one "Lamont Doe aka 'Don' aka 'Donnie'" at a particular address in San Jose. Because plaintiff's motion is somewhat akin to a motion seeking to compel discovery, the presiding judge referred it to the undersigned for disposition.

　　　The motion is DENIED. Even putting aside plaintiff's failure to make a factual showing

1

1  through admissible evidence that the items were stolen from him or that they are now in the
2  possession of Lamont Doe, the Court has no jurisdiction under the circumstances presented to order
3  the San Jose Police to "recover and seize" such items.
4
5  IT IS SO ORDERED.
6  Dated: February 27, 2008

RICHARD SEEBORG
United States Magistrate Judge

28  ORDER DENYING "MOTION FOR EX PARTE ORDER TO COMPEL RECOVERY AND SEIZURE OF STOLEN EVIDENCE"
C 08-00539 JF (RS)

2

1 **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

2 James Alan Bush
  1745 De Marietta Avenue #3
3 San Jose, CA 95126

5 **Dated: 2/27/08**                              **Richard W. Wieking, Clerk**

                                                  **By:      Chambers**

28 ORDER DENYING "MOTION FOR EX PARTE ORDER TO COMPEL RECOVERY AND SEIZURE OF STOLEN EVIDENCE"
C 08-00539 JF (RS)

3