James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

FILED

2008 MAR 10 P 2:41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, <br><br> Plaintiff, <br><br> v. <br><br> SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, ET AL. <br><br> Defendants. | Case No. C08-00539 JF <br><br> PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF RELATED CASES PURSUANT TO LOCAL CIVIL RULE 3-12 |

**NOTICE OF RELATED CASES**

Plaintiff in each of these two cases pending in this district, C08-00539 and C08-01272, ("the FBI case") and ("the Cloudmark case") are "related" as provided in Civil Local Rule 3-12.

Dated: 3-10-08                    Signed: _____

PAGE 1