1  James Alan Bush
   1745 De Marietta Avenue #3
2  San Jose, CA 95126
   (408) 982-3272
3  theo_knock@yahoo.com

4  Plaintiff in pro per

**FILED**

2008 APR 17 A 9 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | CASE NO.: C 08-00539 JF (RS) |
| | ) | |
| Plaintiff, | ) | PRAECIPE FOR SUMMONS |
| | ) | |
| v. | ) | |
| | ) | Judge Jeremy Fogel |
| United States Attorney General, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THIS COURT, you will please issue summons in the above entitled cause for these Defendants and Witnesses and make the same returnable according to law:

1. Sunnyvale Department of Public Safety, 700 All America Way, Sunnyvale, California, 94088-3707, and to each of these persons:

   - Officer Devon Klein
   - Officer Michael (aka "Mick") Rose
   - Officer Chris Fontaine
   - Officer Robin Smith
   - Officer Jeffery Schlesinger
   - Officer Sean Werner
   - Detective Theodore Zitney
   - Officer Stuart Glasgow
   - Detective Kirk Kim
   - Detective Erik Golembriewski
   - Officer Anthony Sult
   - Officer Whitmer
   - Officer Whitaker
   - Officer Carl Rushmeyer
   - Officer Shannon Griffiths
   - Officer Jon Crouch

2. Office of the City Attorney, City of Sunnyvale, P.O. Box 3707, Sunnyvale, California 94088;

3. Santa Clara Police Department, 601 El Camino Real, Santa Clara, California 95050, and to each of these persons:

   - Officer Mike Serna
   - Officer Regina Sadler
   - Officer Amos

4. City of Santa Clara, City Attorney's Office, 500 Warburton Avenue, Santa Clara, California 95050;

5. Campbell Police Department, 70 North First Street, Campbell, California 95008, and to each of these persons:

6. Campbell City Clerk, City Hall - Upper Level, 70 North First Street, Campbell, California 95008;

7. San Jose Police Department, 201 West Mission Street, San Jose, California 95110, and to each of these persons:

   - Officer "Allen/Brian" (Narcotics/Covert Investigations)
   - Detective Frank Keffer
   - Detective O'Brien

8. City of San Jose, Office of the City Attorney, 200 East Santa Clara Street, San Jose, California 95113;

9. Judge Thomas Hastings, Superior Court of California, 190 West Hedding Street, San Jose, California 95110;

10. Jake Peters, Jake's Bail Bonds, P.O. Box 111297, Campbell, California 95011;

11. Martin Edward, 3859 De La Cruz Boulevard, Santa Clara, California 95054;

12. Jason Vo, 3859 De La Cruz Boulevard, Santa Clara, California 95054; and, 3952 Tuers Road, San Jose, California 95121; and, P.O. Box 5932, San Jose, California 95056;

13. Greg Herlihy, 1471 McDaniel Avenue, San Jose, California 95126;

14. Guadalupe Rocha, First Rate Capital, 136 Race Street, San Jose, California 95126;

15. David Ayala, 1355 Jefferson Street, Apartment 7, Santa Clara, California 95050;

16. Frank Joseph Herrera III (aka "Bosco"), 260 Grand Avenue, San Jose, California 95126;

17. Paul Casey, 51 Michael Drive, Campbell, California 95008;

18. Carl Block, 2395 Lindaire Avenue, San Jose, California 95128;

19. Gupta Doe, 240 Castro Street, 2nd Floor, San Francisco, California 94114;

20. Kathy Bickel, 1256 Blakely Drive, Greenwood, Indiana 46124;

21. Jarrod Bush, 1256 Blakely Drive, Greenwood, Indiana 46124;

22. James Schmedel, 3243 South Oak Tree Drive, Indianapolis, Indiana 46227;

23. Opal Schmedel, 3243 South Oak Tree Drive, Indianapolis, Indiana 46227;

24. Kim Fisher, 1313 Colony Park Drive, Greenwood, Indiana 46143;

25. Jennifer Fisher, 1313 Colony Park Drive, Greenwood, Indiana 46143;

26. Jason Fisher, 8112 Glen Willow Lane #206, Indianapolis, Indiana 46278;

27. Chris Ortenburger, 6768 Calmbank Avenue, La Verne, California 91750;

28. Daniel Napolitan, 3279 Knightswood Way, San Jose, California 95148;

29. George Valerio (aka "Barron"), 2273 Augusta Place, Santa Clara, California 95051;

30. Jack Bush, 6201 South Freeway, Fort Worth, Texas 76134;

31. Shane Casteneda, 3121 Churchwood Court, San Jose, California 95148;

32. Jeannette Doe, 3121 Churchwood Court, San Jose, California 95148;

33. Jonathan Wong, 1900 McCarthy Boulevard, Suite #205, Milpitas, California 95305;

34. Jonathan Harrington, 2074 Quito Road, San Jose, California 95130;

35. Tisch Harrington, 2074 Quito Road, San Jose, California 95130;

36. Lamont (aka "Donnie") Doe, 1174 Francisco Avenue, San Jose, California 95126;

37. Margaret Lum, 480 Mariposa Avenue B, Mountain View, California 94041;

38. Renee Lopez, 204 Scharff Avenue, San Jose, California 95116;

39. Dr. Richard Davis Schreiber, 401 East Mendocino Avenue, Stockton, California 95204; and, 2860 North California Street, Stockton, California 95204;

40. Robert Robledo, 1902 La Terrace Circle #7, San Jose, California 95123;

41. Advantage Homes, 2890 Monterey Road, San Jose, California 95111, and to each of these persons:
    - Sylvana Healy
    - Steve Doe

42. Greg Doe, The Woods Apartments, Foxwood #27, Apartment 2734, San Jose, California 95136;

43. Cee Doe, The Woods Apartments, Foxwood #27, Apartment 2734, San Jose, California 95136;

44. Daniel Cortez (aka "Spyder"), The Woods Apartments, Foxwood #27, Apartment 2734, San Jose, California 95136;

45. Huong Doan, 1220 Tasman Drive SPC 379, Sunnyvale, California 94089;

46. Em Doan, 1220 Tasman Drive SPC 379, Sunnyvale, California 94089;

47. Judge Thomas Hayden, Superior Court of California, 190 West Hedding Street, San Jose, California 95110;

48. Valley Medical Center, 751 South Bascom Avenue, San Jose, California 95128;

49. Valley Medical Center: Emergency Psychiatric Services, 871 Enborg Court, San Jose, California 95128;

50. St. Helena's Hospital Center For Behavioral Health, 525 Oregon Street, Vallejo, California 94590, and to this person:

    - Surender Punia, M.D.
    - Desire Wilson

51. Santa Clara County Public Defender, 120 West Mission Street, San Jose, California 95110, and to each of these persons:

    - Phuong Do
    - Barbara Mueller
    - Rodney O'Connor

52. Santa Clara County Department of Corrections, DOC Administration, 180 West Hedding Street, San Jose, California 95110;

53. California Department Of Housing and Community Development, 1800 Third Street, Sacramento, California 95811-6942;

54. Wells Fargo, 1202 East Arques Avenue, Sunnyvale, California 94085;

55. Pearson Pontiac, 1176 West El Camino Real, Sunnyvale, California 94087, and to this person:

    - Mark Bolestra

56. William Parks, 333 Cobalt Way, Suite 107, Sunnyvale, California 94085;

57. Bank of America, 100 North Tryon Street, Charlotte, North Carolina 28255;

58. Heaven's Gate Recovery Homes, 622 Berryessa Road, San Jose, California 95112, and to each of these persons:

   - Adam Porter
   - Jeremy Wall

59. New Life Recovery Centers, Inc., 782 Park Avenue, San Jose, California 95126, and to each of these persons:

   - Eddie Brannum
   - Kevin Richardson
   - Candace Doe

60. Kenneth Pinto, 12 South First Street, San Jose, California 95113;

61. Allen Speare, 111 North Market Street, Suite 970, San Jose, California 95113;

62. Holden Green, 1250 Oakmead Parkway, Suite 210, Sunnyvale, California 94085; and, 50 Airport Parkway, Suite 300, San Jose, California 95110;

63. Sixth District Appellate Program, and to each of these persons:

   - Jonathan Grossman
   - Michael Kressler

64. Adobe Wells, 1220 Tasman Drive, Sunnyvale, California 94089, and to each of these persons:

   - Connie Ferguson
   - Fran Hirsch

65. Origen Financial, The American Center, 27777 Franklin Road, Suite

1700, Southfield, Missouri 48034, and to each of these persons:

- Tesha Creason
- Linda Smith

66. Todd Su, Golden State Realty (Realty World), 2030 Senter Road, San Jose, California 95112;

67. David Brotman, Alpert & Barr, 6345 Balboa Boulevard, Suite I-300, Encino, California 91316-1523;

68. Santa Clara County Office of the Sheriff, 55 West Younger Avenue, San Jose, California 95110-1721;

69. County of Santa Clara, District Attorney, 70 West Hedding Street, San Jose, California 95110;

70. Santa Clara County Probation Department (Adult), 2314 North First Street, San Jose, California 95131, and to each of these persons:

- Suzie Doe (clerk)
- Officer Barbara Solmonson

71. Long Cao, 1745 De Marietta Avenue #3, San Jose, California 95126;