\*\*E-Filed 4/22/08\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br><br>　　　　　Defendants. | Case No. C 08-539 JF (RS)<br><br>ORDER[1] (1) TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RELATED TO EARLIER FILED CASES THAT HAVE BEEN DISMISSED, AND LIKEWISE DISMISSED; AND (2) DENYING WITHOUT PREJUDICE PRAECIPE FOR SUMMONS |

Plaintiff filed the complaint in the instant action on January 24, 2008, and filed the operative amended complaint on February 21, 2008. In the amended complaint, Plaintiff states that he previously sought redress for the events giving rise to the instant action. Plaintiff specifically states that he sought such redress in six cases previously litigated in this Court, Case Numbers C 07-831 JF (RS), C 07-3641 JF (RS), C 07-3942 JF (RS), C 07-4241 JF (RS), C 07-4261 JF (RS), and C 07-4460 JF (RS). Am'd Complt., p. 5. All of those cases have been

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 08-539 JF (RS)
ORDER (1) TO SHOW CAUSE ETC.
(JFLC2)

1  dismissed.  Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and
2  within twenty-one days, why the instant action should not be related to the earlier-filed actions
3  and also dismissed.  The Court hereby sets a HEARING on the matter for May 23, 2008 at 9:00
4  a.m.
5         On April 17, 2008, Plaintiff filed a "PRAECIPE FOR SUMMONS," requesting that the
6  Clerk of the Court issue summons to numerous individuals and entities.  The Court hereby
7  DENIES WITHOUT PREJUDICE this request for service pending resolution of the Order to
8  Show Cause.
9         IT IS SO ORDERED.

11  DATED:  4/22/08

                                    _____
                                    JEREMY FOGEL
                                    United States District Judge

1  This Order has been served upon the following persons:

3  Plaintiff *pro se*:

4  James Alan Bush
   3859 De La Cruz Blvd
5  Santa Clara, CA 95054

3

Case No. C 08-539 JF (RS)
ORDER (1) TO SHOW CAUSE ETC.
(JFLC2)