James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

~~RECEIVED~~

08 MAY -6 PM 4: 14

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
MAY 6   2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| James Alan Bush, ) | Case No.:  C 08-00539 (RS) JF |
| ) | |
| Plaintiff, ) | MOTION FOR SUMMARY JUDGMENT PER |
| ) | FED. R. CIV. P. 56(A) FOR PETITION |
| v. ) | FOR WRIT OF MANDAMUS AGAINST THE |
| ) | FEDERAL BUREAU OF INVESTIGATION |
| United States Attorney General, ) | |
| Department of Justice, Federal ) | |
| Bureau of Investigation, and ) | |
| DOE AGENT ONE to DOE AGENT TEN, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | Judge Jeremy Fogel |
| ) | |

**RELIEF SOUGHT**

James Alan Bush, plaintiff, moves this court for summary judgment against Federal Bureau of Investigation, defendant and prays that this court render a judgment for the plaintiff for all of the relief set forth in plaintiff's Petition for Writ of Mandamus to Compel the Federal

1  Bureau of Investigation to Perform Their Duty under Title 28 U.S.C.S.
2  § 1361.

**GROUNDS FOR RELIEF**

The plaintiff is entitled to summary judgment because, as is more fully shown in the petition, there is no genuine issue of material fact that needs to be tried in this action; and, there are no affirmative defenses available to the defendants:

1. The petition sufficiently establishes that agents of the Federal Bureau of Investigation have a clear and present legal duty (i.e., nondiscretionary ministerial and statutory requirement) under Title 28 U.S.C.S. § 535(b) to report any information, allegation, and complaint relating to violations of federal criminal law involving Government officers and employees to the United States Attorney General.

2. The Federal Bureau of Investigation has refused, and continues to refuse, to document Plaintiff's complaint.

3. Plaintiff continues to suffer and incur damages as a result of the deprivation of his civil rights by law enforcement officials acting under color of state law.

4. Unless the Federal Bureau of Investigation is compelled to perform their duty, Plaintiff is likely to sustain further irreparable harm, including death.

| | |
|---|---|
| 1 | **RECORD ON MOTION** |
| 2 | This motion is based on this document, the proof of service of this |
| 3 | document, and on the petition on file in this action. |
| 4 | |
| 5 | Signed: _[signature]_ Dated: 5-6-08 |