```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

RECEIVED [struck through]
08 MAY -6 PM 4: 14
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
MAY 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>  Plaintiff,<br><br>v.<br><br>United States Attorney General, Department of Justice, Federal Bureau of Investigation, and DOE AGENT ONE to DOE AGENT TEN, inclusive,<br><br>  Defendants. | Case No.: C 08-00539 (RS) JF<br><br>EX PARTE REQUEST FOR EXPEDITED CONSIDERATION OF SUMMARY JUDGMENT MOTION ON PETITION FOR WRIT OF MANDAMUS AGAINST THE FEDERAL BUREAU OF INVESTIGATION<br><br>Judge Jeremy Fogel |

### RELIEF SOUGHT

James Alan Bush, the plaintiff in this action, moves this Court for expedited consideration of Plaintiff's Motion for Summary Judgment for Petition for Writ of Mandamus Against Defendant Federal Bureau Of Investigation.

**GROUNDS FOR RELIEF**

The plaintiff's action will be unavailing unless the plaintiff's request for summary judgment is heard and determined almost immediately because, unless local law enforcment is not enjoined immediately from violating the constitutional rights of plaintiff, he will continue to suffer irreparable mental and physical harm, including death, and will be unable to pursue legal remedy in other matters before this Court.

1. Plaintiff's petition is in the nature of mandamus, and requests that this Court order the Federal Bureau of Investigation, a government agency, to perform their duties pursuant to Title 28 U.S.C.S. § 1361(b).
2. The defendant has notice of the motion and the defendant could promptly file its response, if any, by May 15th, 2008.
3. Pursuant to Local Rule, prior to filing this motion and appearing in Court, Plaintiff informed the defendant, by correspondence, on May 6th, 2008, that it would would seek the relief set out in this motion. The motion papers were immediately furnished to the defendant at the same time.

**RECORD ON MOTION**

This motion is made on this document, and the petition for writ of mandate already filed in this action, including the motion for summary judgment filed simultaneously with this request for expedited consideration.

Signed: [signature]       Dated: 5-6-08