UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, May 23, 2008
**Case Number:** CV-08-539-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     JAMES BUSH  V. UNITED STATES ATTORNEY GENERAL, ET AL

PLAINTIFF                                DEFENDANT

**Attorneys Present:**              **Attorneys Present:** James Scharf specially appearing

PROCEEDINGS:
   Show cause re dismissal hearing held. There are no appearances. The Court dismisses the case for lack of prosecute.